Form resum (07/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Arturo Calzada and Yolanda H Calzada**<br>**Debtor**<br><br>**Marcia R. Meoli**<br>**Plaintiff**<br><br>**SQUARE FINANCIAL SERVICES, INC., a subsidiary of BLOCK INC., a/k/a/ CASH APP or SQUARE**<br>**Defendant** | **Case Number 25−03654−swd**<br><br>**Adv. Pro. No. 26−80087−swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# RE−ISSUED SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

Michelle M. Wilson, Clerk of Court
United States Bankruptcy Court
Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Marcia R. Meoli
Marcia R. Meoli, PLLC
17 West 10th Street, Suite 120
Holand, MI 49423

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued: November 9, 2026**

**Clerk of the Bankruptcy Court**
**s/ Michelle M. Wilson**

# CERTIFICATE OF SERVICE

I, Judy De Vries, certify that I am, and at all times during the service of process was not less than, 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served the summons and a copy of the complaint on Nov. 16, 2026 by:

Mail service: Regular, first class United States mail, postage fully prepaid, addressed to:

Jack Dorsey
CEO & Chairman
Square Financial Services, Inc.
3165 E Millrock Dr.
Salt Lake City, UT 84121

President or legal department
Square Financial Services, Inc.
3165 E Millrock Dr., Suite 160
Salt lake City, UT 84121

Law Enforcement Response Team
Block, Inc.
1955 Broadway, Suite 600
Oakland, CA 94612

**IF THE DEFENDANT IS NOT AN INDIVIDUAL, THE ABOVE ADDRESSES WERE OBTAINED BY CALLING THE APPROPRIATE GOVERNMENTAL AGENCY TO DISCOVER THE AGENT FOR SERVICE OF PROCESS AND/OR PLAINTIFF ADDRESSED THE DOCUMENTS TO THE PRESIDENT OR LEGAL DEPARTMENT OF THE DEFENDANT.**

**NOT APPLICABLE:**

___ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows. [Describe briefly]

___ State law: The defendant was served pursuant to the laws of the State of ______________________, as follows.

Under penalty of perjury, I declare that the foregoing is true.

Date Nov. 16, 2026

Judy De Vries (signature)
Judy De Vries

Business Address:
**MARCIA R. MEOLI, PLLC**
**17 West 10th Street, Suite 120**
**Holland, MI 49423**